UNITED STATES DISTRICT COURT

SOUTHEN DISTRICT OF NEW YORK

---

                        X

Todd Lorenzo johnson Jr aka LYFELIN         Civil Action No:

                Plaintiff,            COMPLAINT

         -against-

UMG RECORDING,INC.,

Corporation; Translation Enterprise d/b/a

UNITED MASTER .brooklyn; believe Digital and

TuneCore broolkyn new York based; UMG

RECORDING COMPANY, a California joint

Venture; ARISTA RECORDS LLC a Delaware

Limited liability company; itunes, Deezer, Spotify,

Amazon Music, Google play,YOUTUBE,Tidel pinata nft a

IPFS data holding company

                Defendants.        DEMANED FOR JURY TRAIL

---x

Plaintiff Todd Johnson AKA D/B/A lyfelin make complaints against Defendants allege:

Plaintiff TODD JOHNSON AKA Dba LYFELIN COMPLAINT FOR DECLARATION JUDGMENT AND RELATED CLAIMS

Plaintiff TODD LORENZO JOHNSON JR d/b/a/LYFELIN copyright owner hereby files this Complaint for Declaratory judgment and for an Accounting ("complaint") against Defendants above name in caption Seeking a judgment declaring that the defendants has no rights title and interest in and to certain master recordings and sound recording authored by TODD LORENZO JOHNSON D/B/A  LYFELIN as set forth below

PARTIES

1.Defendant Warner Bros. Records Inc. is a corporation duly and existing under the law of state of Delaware, with its principal place of business in the State of New York.

2.Defendant UMG Recordings Inc is a corporation duly organized and existing under the laws of the state of Delaware, with its principal of business in the state of California.

3.Defendant SONY BMG MUSIC ENTERTAINMENT is a Delaware general partnership, with its principal place of business in the State of New York

4. Translation Enterprise LLC is a New York general partnership with its principal place of business In the state of new York.

5. UNITED MASTER  is a Brooklyn new York  general partnership /distribution company  with its principal place of business In the state of new York.

 6. believe Digital is a new York general partnership with principal place of business in the state of new York

7.TUNECORE is a Brooklyn new York  general partnership/ distribution company  with its principal place of business in the state of new York

8.AMAZON MUSIC is a company in where the property was downloaded and stream off for payment

9.I tunes is a company where the property was downloaded and stream off for payment

10.tidel is a company where the property was downloaded and stream off for payment

11.spotifty is a company where the property was downloaded and stream for payment

12.Deezer is a company where the property was downloaded and stream for payment

13.Google play is a company where the property was downloaded and stream for payment

14.pinata nft is a data based with inter planetary file sharing for all copyright masters on file on a decentralized system for accounting and accuracy of downloads and streams of copyrighted work .

Plaintiff believes that some defendants are within this District at the time of the infringement complained of here in Upon information and belief ,Defendants may still be found in this District.

## JURISDICTION AND VENUE

1. This action is filed pursuant to the federal Declaratory Judgment Act 28 U.S.C 2201 and Copyright Act, 17 U.S.C 101 et and Federal Rule of Civil Procedure 57.

 2.the court has subject matter jurisdiction pursuant to 28 U.S.C. 1331,1338(a),and 2201(a),

As this action arises under the law of the United States,  Declaratory  Judgment Act and Copyright  and

H.R.5447 Music Modernization Act.

3.This court has personal jurisdiction over TUNECORE because the act complained of here in mostly occurred within New York, New York and TUNECORE resides in, and /or has a continuous and systematic

Business presence in this judicial District, including thought the maintenance of its New York office at located 63 Pearl Street Brooklyn New York 11201.

4.This court has general personal jurisdiction over TUNECORE because TUNECORE has continuous and systematic business activities in New York and this Judicial District. Upon information and belief ,TUNECORE business activities include, among  other things  , the distribution of sound recordings help artist,labels and managers sell their music though spotify, apple music, Amazon Music, Deezer TikTok, and more than 150 download and streaming stores worldwide, while  buyer of there service retains 100 percent of their sales revenue and rights for a low annual flat fee.

5.This court has personal jurisdiction over UNITEDMASTERS because the act complained of here in mostly occurred within New York, New York and UNITEDMASTERS resides in, and /or has a continuous and systematic.

Business presence in this judicial District, including thought the maintenance of its New York office at located at 10 jay street Brooklyn New York 11201.

6. This court has general personal jurisdiction over UNITEDMASTERS because UNITEDMASTERS has continuous and systematic business activities in New York and this Judicial District. Upon information and belief ,UNTIEDMASTERS business activities include, among  other things  , the distribution of sound recordings help artist,labels and managers sell their music though spotify, apple music, Amazon Music, Deezer TikTok, and more than 150 download and streaming stores worldwide, while  buyer of there service retains 100 percent of their sales revenue and rights for a low annual flat fee.

7. This court has personal jurisdiction over UMG because the act complained of here in mostly occurred within New York, New York and UMG resides in, and /or has a continuous and systematic. Business presence in this judicial District, including thought the maintenance of its New York office at located at 1755 Broadway, New York New York 10019.

8.This court has general personal jurisdiction over UMG because UMG has continuous and systematic

Business activities include, among other things, the sale of and licensure of sound recordings though commercial means of commerce within the city and state of New York persons and entities who own or

Otherwise possess licensing rights to copyrighted materials such as reportedly owned by UMG.

9.Venue is proper in this judicial District under 28 U.S.C.139(b)(1) and 28U.S.C. 1400(a)because UMG is a resident of this District for purpose. Venue is also under 28 U.S.C. 139(b)(2) Because a substantial part of the events or omissions giving rise to plaintiff declaratorty judgment claims occurred in this judicial district.

10.This court has subject matter jurisdiction because an actual case or controversy exists between the parties, as is evidenced by the facts and circumstances described herein.


FACTUAL ALLEGATIONS

1.The Master Recordings in question by Todd Lorenzo Johnson jr. doing business as LYFELIN

During the period in my career in which I was not sign to a label however had distribution pay for heir

Companies to place my music on platforms along with my own streaming and copy of assets on that was

Marketed by me with the copyright to legally reproduce my works see exhibit A copyrights of masters in

question not only does my work have the copyright its is part of a decentralize network and its own

special code "CID"to follow its progress for downloads and share see exhibit b IPFS shared code.


2.The two main distribution companies use to put my work on major platform so I could file to file share

them where UNITEDMASTER AND TUNECORE In absence of an agreement with respect to ownership of

the master between UNITEDMASTER AND TUNECORE Todd Lorenzo Johnson Jr AKA LYFELIN Is the author of the master the recording through the CID ipfs created made prior to uploads and the domain name and set gateway root lyfelin.mypinata.cloud or lyfelinporn.mypinata.cloud and I am the artist the writer and did the marketing and hence vested with rights

 of ownership set forth in the copyright laws.

3.Among the exclusive rights that I hold under copyright Act is exclusive rights to reproduce the

Copyrighted Recordings and to distribute the copyrighted Recordings to the public see attached exhibits *1* "copyrights works".

4.On July 29 2021 a single re-released intitled  it was all a dream with  UPC code 196282275288 was release after master recording

was first released  With IPFS system CID code  "QmedTKXZRqUpKqm7wnj7yrcgyVDqpG7kKbmAoHKiqFx" as nightmare.

see attached document Exhibit £.UNITEDMASTER then alleged to have

rights to song and unlawful distribution of copyrighted sound recording by placing there name on it and

collecting payment from payoneer, soundscan and other paying companies for my works. I did my own

marketing by P2P "peer-to-peer" sharing and is recorded on the decentralize system with That Shows

proof of share with the special share numbers that are close to NFT blockchain technology on the IPFS

system that I also copyrighted see attached.

## OVERVIEWS OF UNIVERSAL UNLAWFUL CONDUCT

1. Universal is a largest recording label in the world. In universal standardized recording contracts, artist assign the copyrights in there sound recordings to universal in exchange for royalty payment, in this matter I have no contract thus I am in sole control of the copyrights attached and have the master ipfs file that can be viewed as a nft on blockchain viewing platform. Thus no company has the right to take from my person.

## COUNT 1

## INFRENGMENT OF COPYRIGHTS

1. Plaintiff incorporate herein by this reference each and every allegation contained in each paragraph above.

2.Plaintiff is, and at all relevant times have been, copyright owner under United States copy right

with respect to certain copyrighted  sound recordings (the "copyrighted work ").The Copyrighted

Recordings included but are not limited to each of the copyrighted sounds recordings identified in

Exhibit attached hereto, each of which is subject of valid certificate of copyright Registration issued by

The Register of Copyrights. In addition to the sound recordings listed on exhibit, Copyrighted Recordings

Also include certain of the sounds recordings listed on which are owned by or exclusively licensed to one

Or more if the Plaintiff affiliate distributions platforms and which are subject to valid Certificates of

Registration issued by the Register of Copyrights.

3.Among the exclusive rights granted to each Plaintiff under the Copyright Act are the exclusive rights to

Reproduce the copyrighted Recordings and distribute the copyrighted Recordings to the public for

profit.

4.Plaintiff are informed and believe that Defendants,without permission or consent of plaintiff.has used

, and continues to use, an online media distribution system to download the copyrighted Recordings, to

Distribute the Copyrighted Recordings to the public,and/or to make the copyrighted recordings available

For distribution to others. In doing so, Defendants has violated Plaintiff exclusive rights of reproduction

And distribution. Defendant's actions constitute infringement of Plaintiff copyrights and exclusive rights

Under copyright law.

5.Plaintiff are informed and believe that the foregoing acts of infringement have been willful and

Intentional, in disregard of the music modernization act   H.R. 5447,Pub.L.115-264; 132 Stat. 3676

And with indifference to the rights of plaintiff see attached payment statements.

6.As a result of Defendant's infringement of plaintiff copyrighted and exclusive rights under copyright,

Plaintiff is entitled to statutory damages pursuant to 17 U.S.C. 504(c) for defendants infringement of

Each copyrighted Recordings in exhibits attached. Plaintiff further  are entitled to their attorney fees and

Cost pursuant to 17 U.S.C. 505.

7. The conduct of Defendants is causing and unless enjoined and restrained by this Court, will continue

to cause plaintiffs great and irreparable injury that cannot fully be compensated or measured in money.

Plaintiff has no adequate remedy at law. Pursuant to 17 U.S.C 502 and 503, plaintiff is entitled to

injunctive relief prohibiting Defendant from further infringing plaintiffs copyrights, and ordering

defendants   to destroy all copies of sound recordings made in violation of plaintiff exclusive rights.

WHEREFORE Plaintiff pray for judgment against Defendant as follows:

1.For and injunction providing:

"defendant shall be and herby is enjoined from directly or indirectly infringing plaintiffs rights under

Federal law and state law in the copyrighted Recordings and any sound recordings, weather now in existence or later created, that is owned or controlled by plaintiff (or any parent, subsidiary ,or affiliate record label of plaintiff )("Plaintiff Recordings"), including without limitation by  using the Internet or any online media distribution system to reproduce (i.e. download) any of plaintiff Recordings, to distribute (i.e. upload) any  of plaintiff Recordings,or to make any of plaintiff Recordings available for distribution to the public, except pursuant to lawful license or  with the express authority of plaintiff. Defendant also shall destroy all copies of Plaintiff Recordings that Defendant has downloaded onto any Computer hard drive or server without Plaintiff authorization and shall destroy all copies of those Downloaded recordings transferred  onto any physical medium (i.e.duplicated ,mastering process) or Device in defendants possession custody or control.

.For statutory damages for each infringement of each copyrighted Recording pursuant to 17 U.S.C 504.
For Plaintiff costs in this action
For Plaintiff reasonable attorney fees incurred herein
For such other and further relief as Court may deem just hand proper.

Todd johnson jr AKA LYFELIN

Todd Johnson
1057 Tiffany street.
Bronx N.Y. 10459

# EXhibit for Complaint

1) EXhibits copyrighted works 1 to 10

2) Copy of email Return for Payoneer of Bank of America accont Page 1

3) Pinata CID addresses for all copy Righted works in questioned.

4) Album Price "Best of lyfelin"

5) Single Price Per song download.

Exhibit 1

```
------------------------------------------------------------------------
-----------------
MUSICAL WORK
------------------------------------------------------------------------
-----------------

TITLE:
RACK$

WORK'S FILE:
RACK$MASTERED-868106123.WAV[TIMESTAMP].ZIP (*)

REGISTERED BY:
TODD LORENZO JOHNSON (AUTHOR)

------------------------------------------------------------------------
-----------------

TYPE OF WORK:
RECORDING

YEAR OF CONCLUSION:
2021

AUTHOR (BIRTH / COUNTRY):
TODD LORENZO JOHNSON (1984-08-05 / UNITED STATES OF AMERICA)

------------------------------------------------------------------------
-----------------

ADDITIONAL INFORMATION:
RELEASE DATE:31-AUG-2021ORIGINAL RELEASE
DATE:30-AUG-2021LABEL:LYFELINISRC#:TCAFT2118429UPC:196282537270PRIMARY
GENRE: WORLDSECONDARY GENRE: R&B/SOULLANGUAGE:ENGLISH
LYFELIN RACK$          2021    3:25    QZNMW2189415    RACK$   LYFELIN764940313
2021-08-03     LYFELIN 196282329370


------------------------------------------------------------------------
-----------------
(*) OBS.: INFORMATION PROVIDED PRIOR TO GENERATING THE WORK'S FILE TIMESTAMP.
------------------------------------------------------------------------
-----------------
```

```
-----------------------------------------------------------------------------
-----------------
MUSICAL WORK
-----------------------------------------------------------------------------
-----------------
```

TITLE:
WE OUT HERE

WORK'S FILE:
WE-OUT-HERE.MP3[TIMESTAMP].ZIP (*)

REGISTERED BY:
TODD LORENZO JOHNSON (AUTHOR)

```
-----------------------------------------------------------------------------
-----------------
```

TYPE OF WORK:
RECORDING

YEAR OF CONCLUSION:
2021

AUTHOR (BIRTH / COUNTRY):
TODD LORENZO JOHNSON (1984-08-05 / UNITED STATES OF AMERICA)

```
-----------------------------------------------------------------------------
-----------------
```

ADDITIONAL INFORMATION:
LYFELIN WE OUT HERE          2021   3:03   QZNMW2170840    WE OUT
HERE    LYFELIN 2021-07-28   LYFELIN 196282255785
LYFELIN WE OUT HERE          2021   3:03   QZNMW2170840    WE OUT
HERE    LYFELIN 2021-08-18   LYFELIN 196282537232
RELEASE DATE:29-AUG-2021ORIGINAL RELEASE
DATE:28-AUG-2021LABEL:LYFELINISRC#:QZNMW2170840UPC:196282537232PRIMARY
GENRE: R&B/SOULSECONDARY GENRE: WORLDLANGUAGE:ENGLISH

```
-----------------------------------------------------------------------------
-----------------
```
(*) OBS.: INFORMATION PROVIDED PRIOR TO GENERATING THE WORK'S FILE TIMESTAMP.
```
-----------------------------------------------------------------------------
-----------------
```

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- - - - - - - - - - - - - - - -
MUSICAL WORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- - - - - - - - - - - - - - - -
```

TITLE:
HOLD UP

WORK'S FILE:
HOLD-UP.WAV[TIMESTAMP].ZIP (*)

REGISTERED BY:
TODD LORENZO JOHNSON (AUTHOR)

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- - - - - - - - - - - - - - - -
```

TYPE OF WORK:
RECORDING

YEAR OF CONCLUSION:
2021

AUTHOR (BIRTH / COUNTRY):
TODD LORENZO JOHNSON (1984-08-05 / UNITED STATES OF AMERICA)

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- - - - - - - - - - - - - - -
```

ADDITIONAL INFORMATION:
LYFELIN HOLD UP          2021     3:00    QZNMW2152455      HOLD
UP      LYFELIN 2021-07-25      LYFELIN 196282177063
ISRC#:
TCAFT2109062
UPC:
859750050588

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```
(*) OBS.: INFORMATION PROVIDED PRIOR TO GENERATING THE WORK'S FILE TIMESTAMP.
```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- - - - - - - - - - - - - - - -
```

```
-------------------------------------------------------------------------------
-----------------
NONSPECIFIC WORK OR DOCUMENT
-------------------------------------------------------------------------------
-----------------
```

TITLE:
DIGITAL SONG COPYRIGHTED

WORK'S FILE:
DF8044BB36D1469080FA595E00CB2DC5.PNG[TIMESTAMP].ZIP (*)

REGISTERED BY:
TODD LORENZO JOHNSON (AUTHOR)

```
-------------------------------------------------------------------------------
-----------------
```

YEAR OF CONCLUSION:
2021

AUTHOR (BIRTH / COUNTRY):
TODD LORENZO JOHNSON (1984-08-05 / UNITED STATES OF AMERICA)

```
-------------------------------------------------------------------------------
-----------------
```

DESCRIPTION:
MOVING.WAV
9/5/2021 40.4 MB       QMZXKZHSSYZCYZDQE6RY9HTTM4IBLPSBASKNHVO4QKLISX   FALSE   MORE

LIFELYN - FEELINGS.MP3
9/4/2021 7.8 MB QMNZFKGTMND3QWYEK1F4VAIZ5TXQFCU7PIFC6ZNWQXKQCM   FALSE   MORE
RACK$_MASTERED.WAV
9/1/2021 59.2 MB       QMPOQDQPHJX8LIYKY8P6ZA9BG6PX1UJGSCB2KIJBQMNCMX   FALSE   MORE

LYFELIN @ @KNOW IT'S HARD .MP3
9/1/2021 7.2 MB QMQJRWDT4FA12T9K2ABYSEZB9FYLBQRYMK17FAURAO4KYP   FALSE   MORE
LYFELYN - ALL DAY.MP3
9/1/2021 5.8 MB QMV8HAWSTFTT9FJTHLBXQQONSXRUZBCZUJK8UZJIFRQ2ZC   FALSE   MORE
PETE7.20.21 - LYFELIN - CLAPPING.MP3
9/1/2021 5.3 MB QMQQD9XDNHHBT99HGK65LZN5WDK4E9FTGCERH6H3NUAQMR   FALSE   MORE
FULLSIZERENDER.MOV
8/31/2021 51.4
MB       QMAVUKUMEJSHPKBGKC83KWGUTQX4YF29YMRF48PTCAD9MC   FALSE   MORE
6 IN THE MORINNG MASTERED 868106123.WAV
8/1/2021 48.6 MB       1101
7/31/2021 157.2
MB       QMQJJ3RT7KS7GBF7KM7QQ5OTGXRQTMW7PEP6ZUBUFGJJHV   FALSE   MORE
DEAR GOD .MP3
```

| Category | MUSICAL |
|---|---|
| Type | RECORDING |
| Title | IT WAS ALL A DREAM |
| Author(s) | TODD LORENZO JOHNSON |
| Timestamp / Registration | 2021-09-20 14:05:05 GMT<br>Registration: 409242823 |

| Category | MUSICAL |
|---|---|
| Type | RECORDING |
| Title | HOLD UP |
| Author(s) | TODD LORENZO JOHNSON |
| Timestamp / Registration | 2021-09-20 13:55:41 GMT<br>Registration: 409242822 |

| Category | MUSICAL |
|---|---|
| Type | RECORDING |
| Title | WE OUT HERE |

REGISTERED WORKS

| | |
|---|---|
| Category | MUSICAL |
| Type | RECORDING |
| Title | FEELINGS |
| Author(s) | TODD LORENZO JOHNSON |
| Timestamp / Registration | 2021-09-20 14:17:34 GMT<br>Registration: 409242825 |

| | |
|---|---|
| Category | MUSICAL |
| Type | RECORDING |
| Title | 6 IN THE MORNING |
| Author(s) | TODD LORENZO JOHNSON |
| Timestamp / Registration | 2021-09-20 14:11:21 GMT<br>Registration: 409242824 |

| | |
|---|---|
| Category | MUSICAL |
| Type | RECORDING |

EXhibiT 2

 Gmail

Lyfelin <toddj601@gmail.com>

## TODD JOHNSON CUSTOMER ID: 57534898

1 message

**Lyfelin** <toddj601@gmail.com>    Wed, Sep 28, 2022 at 5:16 AM
To: CustomerCare@payoneer.com

How much was paid out to account ending in 2406 I need statements for the last year thank you

---------- Forwarded message ----------
From: **Todd johnson aka LYFELIN**

That account I have not had for years any payment you sent should have been return

---------- Forwarded message ----------
From: **Payoneer Customer Care** <CustomerCare@payoneer.com>
Date: Wed, Aug 24, 2022 at 12:46 PM
Subject: Message from Customer Care [Reference Number: 220824-007568]
To: <toddj601@gmail.com>

◯ Payoneer

Dear Todd Lorenzo Johnson,

**Response** 08/24/2022 12:46 PM

Hello Todd.  My name is Jeanine and I am a Case Specialist for Payoneer Customer Care. I am emailing you regarding the complaint you recently placed with the Better Business Bureau.

In your complaint you mentioned attempting to register to receive payments from TuneCore and during registration you provided email addresses toddjohnson658@yahoo.com and toddj601@gmail.com.  I reviewed both emails and can confirm the email address to where you are receiving this email, address toddj601@gmail.com, was provided during registration on August 31, 2021.  You requested to receive payments from TuneCore via Direct Bank Transfer during registration.  This means this account is linked with TuneCore and any payments you receive from TuneCore will be transferred to the bank account details you provided, Bank of America account ending in 2406.

The other email address you provided in your complaint, address toddjohnson658@yahoo.com, was provided during a recent attempt to register for an account on August 22, 2022.  This registration was not completed and is

EXhibit 3

7/13/2021 5.2 MB        QMCT7K2HWB2ZGINIM9UA27AGVWULOREYWXJFAJECAHZ2XJ   FALSE   MORE

STEADY MIX-1.WAV
7/13/2021 28.5
MB       QMALFDQ5DOQMNVC9M5Z3DA6RB1JETY4PVSRFMPFA3IJGFE   FALSE   MORE
REVERSE MIX-1.WAV
7/13/2021 35.1
MB       QMXTS3M4ESJCEQCCQAXSXYSAOP3EVGHG9QSE39CPVYPM2V   FALSE   MORE
NEED ME A W.WAV
7/13/2021 57.4
MB       QMBCZQD2FTFGICMGTYZWYQQWBH3YQASXU4YFGQJX6S7SJK   FALSE   MORE
KARMA MIX.WAV
7/13/2021 31.3
MB       QMYUZBZYU3CUPNFLMBHAG5MACZSBD9ZMMPWCA7MMNOBC7E   FALSE   MORE
FLIP IT .MP3
7/13/2021 5.3 MB        QMVQSEU5LJHTGK7QVXXITNPZRCPEJTSR3MOPA7YAKZ4QAJ   FALSE   MORE

BETTER MIXED DOWN.MP3
7/13/2021 5.2 MB        QMC3SWVRFA7GYIERFKZVNVNCSDQWXNFQYJCHUYP1K2KBDK   FALSE   MORE

LYFELIN - NIGHTMARES.WAV
7/13/2021 42.3
MB       QMEDTK27XZRQUPKQM7KWNJ7YRCGYVDQPG7KKBMAOHKIQFX   FALSE   MORE
771F3D4A-CB82-4791-AD80-4F23B9AE5385.JPEG
7/13/2021 139.8 KB        QMXG3KBKQ1RK4NZTOS6ZWKYTCQHZEHOWG911T9TR3SURU1   FALS

QMS8HEY55NRSPFHZ9EAJHC8GFWSDVTGJRGNNGLBYYUFCTW   FALSE   MORE
I USE TO LOVE HER .MOV 764940313.MOV
8/1/2021 147.6
MB       QMFPKQKJEJRFQPPJYDANQRQ3KQCBS4BMCB5KFQWDVDFMOG   FALSE   MORE
HAVING A DAY -1.MOV 764,940,314.MOV
8/1/2021 113.2
MB       QMALXYZPZYKWHXTK7LFWPFGBGONNZSJ5YBBTSOA7E53YQY   FALS   NAME   CID
SUBMARINED
1102
7/13/2021 139.9
KB       QMTHPZQAKX6FOOEWYKAOJ4FMOS2KCDMSXMZCPRNBSO6WUN   FALSE   MORE
IMG_0244.MOV
7/12/2021 87.7
MB       QMPRTYJAPLF8QF9W6RV5E3WW4YGUFJ219MQIHYVG7KYGFA   FALSE   MORE
1101
7/12/2021 73.1
MB       QMAW3OEJXHVRT1KFRNY6CXFUU57GK1HTUNOXZMWYARTSIM   FALSE   MORE


ADDITIONAL INFORMATION:
DIGITAL COPY RIGHT FIR BLOCKCHAIN USE REGI WITH
HTTPS://APP.PINATA.CLOUD/PINMANAGER

--------------------------------------------------------------------------
------------------
(*) OBS.: INFORMATION PROVIDED PRIOR TO GENERATING THE WORK'S FILE TIMESTAMP.
--------------------------------------------------------------------------
----------------

EXhibits 4



Exhibit S

 Gmail

Lyfelin <toddj601@gmail.com>

---

**6 in the morning price single**
1 message

**Lyfelin** <toddj601@gmail.com>                                    Mon, Apr 10, 2023 at 12:37 PM
To: toddj601@gmail.com

 Music                                                      

Listen to Lyfelin and 60 million more songs.                 LISTEN



## 6 in the Morning - Single 🅴
Lyfelin ›

Worldwide
1 Song
Released Aug 23, 2021
★ ★ ★ ★ ★ (1)                                              $0.99

| Songs | Reviews | Related |
|-------|---------|---------|

| | NAME | | DURATION | POPULARITY | PRICE |
|---|------|---|----------|------------|-------|
| 1 | 6 in the Morning | 🅴 | 02:12 | | PLAY |

℗ 2021 Lyfelin

 **Gmail**

Lyfelin <toddj601@gmail.com>

---

## Choose single price
1 message

---

**Lyfelin** <toddj601@gmail.com>                                    Mon, Apr 10, 2023 at 12:38 PM
To: toddj601@gmail.com



# Choose - Single 🅔
Lyfelin ›

R&B/Soul
1 Song
Released Aug 18, 2021

$0.99

| | Songs | Reviews | Related |
|---|---|---|---|

| | NAME | | DURATION | POPULARITY | PRICE |
|---|---|---|---|---|---|
| 1 | Choose | 🅔 | 02:01 | | $0.99 |

 Gmail

Lyfelin <toddj601@gmail.com>

---

**Feeling Single price**
1 message

---

**Lyfelin** <toddj601@gmail.com>                                        Mon, Apr 10, 2023 at 12:38 PM
To: toddj601@gmail.com



Feelings – Single 🅴
Lyfelin ›

Worldwide
1 Song
Released Aug 25, 2021

$0.99

| Songs | Reviews | Related |
|---|---|---|

| | NAME | | DURATION | POPULARITY | PRICE |
|---|---|---|---|---|---|
| 1 | Feelings | 🅴 | 03:14 | | $0.99 |

 Gmail                                      Lyfelin <toddj601@gmail.com>

**Hold up single 0.99**
1 message

**Lyfelin** <toddj601@gmail.com>                        Mon, Apr 10, 2023 at 12:40 PM
To: toddj601@gmail.com



 Gmail

Lyfelin <toddj601@gmail.com>

---

## It was all a dream price
1 message

---

**Lyfelin** <toddj601@gmail.com>                                    Mon, Apr 10, 2023 at 12:36 PM
To: toddj601@gmail.com

 Music                                                              ✕

Listen to Lyfelin and 60 million more songs.                      [ LISTEN ]



It Was All a Dream ~ Single  🅴
Lyfelin >

Worldwide
1 Song                                                            [ $0.99 ]
Released Aug 23, 2021

| Songs | Reviews | Related |
|---|---|---|

| | NAME | | DURATION | POPULARITY | PRICE |
|---|---|---|---|---|---|
| 1 | It Was All a Dream | 🅴 | 02:26 | | $0.99 |

© 2021 UnitedMasters

 Gmail

Lyfelin <toddj601@gmail.com>

**Racks single 1.29 a single**
1 message

**Lyfelin** <toddj601@gmail.com>                                     Mon, Apr 10, 2023 at 12:41 PM
To: toddj601@gmail.com



# Rack$ - Single 🄴

## Lyfelin ›

Worldwide
1 Song
Released Aug 30,...
★★★★★ (1)



| Songs | Reviews | Related |
|---|---|---|

| | NAME | | DURATION | POPULARITY | PRICE |
|---|---|---|---|---|---|
| 1 | Rack$ | 🄴 | 03:25 | ‖‖‖‖‖ | PLAY |

℗ 2021 Lyfelin

## Agreement with United master select/Translation enterprises inc.



**Lyfelin** <toddj601@gmail.com>
to accounts@soundexchange.com

Mon, Sep 6,

Translation Enterprises Inc., doing business a:
UnitedMasters, develops an **application
software**. The Company offers independent
distribution application software that helps to
release music straight from imessage to
streaming platforms as well as provides
consulting services.

INDUSTRY: Software & Tech Services
SUB-INDUSTRY: Software

**B**  https://www.bloomberg.com › profile
Translation Enterprises Inc – Company
Profile and News – Bloomberg Markets

 About featured snippets       Fee(

**12:28**
◀ Search

