```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
TODD LORENZO JOHNSON,                                                  :
                                                                       :
                              Plaintiff,                               :
                                                                       :         23 Civ. 3021 (JPC)
               -v-                                                     :
                                                                       :              ORDER
                                                                       :
UMG RECORDING, INC. et al.,                                            :
                                                                       :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On April 13, 2023, the Court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"). Dkt. 3. Because Plaintiff had not provided addresses at which Defendants could be served, on May 4, 2023 the Court also ordered Plaintiff to provide those addresses. Dkt. 5. Plaintiff partially complied with that Order on May 16, 2023, Dkt. 6, providing addresses for Defendants "UMG Recording, Inc.", "Spotify", "Amazon Music", and "Believe Digital and TuneCore", *id*. The Court ordered service of those Defendants on June 2, 2023 and directed Plaintiff to provide single, valid, addresses for the remaining Defendants by June 14, 2023, Dkt. 7, stating that if Plaintiff failed to do so the Court would dismiss those Defendants without prejudice. Plaintiff failed to provide any additional addresses. Therefore, the Court dismisses this action without prejudice with respect to Translation Enterprise, UMG Recording Company, Arista Records LLC, iTunes, Deezer, Google Play, YouTube, and Tidel Pinata NFT. The Clerk of Court is respectfully directed to terminate those parties from this action.

    SO ORDERED.

Dated: June 20, 2023  
      New York, New York                                     JOHN P. CRONAN  
                                                                              United States District Judge