UNTITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x   2023 JUN 26 PH 3:16

TODD LORENZO JOHNSON AKA LYFELIN,

                                      Plaintiff,                      1:23 Civ. 3021(JPC)

                          Motion for

                  -v-                                                     RECONSIDERSTION ORDER

UMG RECORDING, INC. et al.,

                                      Defendants.

------------------------------------------------------------------------x

This request is in response your dismissing of translation Enterprises as they have a lot to do with this copyright infringement and Appropriation, also referred to as misappropriation as they had a big hand in the unauthorized use of my person, name, photograph, likeness, voice and endorsement for financial gain see attached document and although appropriation may involve speech or communication, the First Amendment does not protect its practice. I did give two listing for the address one in the body of the argument and one in the department of state document although I was not sure of the right one I believe it to be this address as followed:   translation Enterprises 10 jay street Brooklyn New York 11201 also see attached document for these reasons I ask honorable judge JOHN P. CRONAN of the United States District Court reconsider this defendant.

The request is granted. The Clerk of Court is respectfully directed to add "Translation Enterprises" as a Defendant in this case and to issue summons and deliver to the U.S. Marshals Service all the paperwork necessary for the Marshals Service to effect service on Translation Enterprises at 10 Jay Street, Brooklyn, New York, 11201.

                                                                    Todd L Johnson aka LYFELIN

SO ORDERED.
Date: July 5, 2023
New York, New York

                                   JOHN P. CRONAN
                               United States District Judge

LYFELIN
# Posts

Term Dates

\* dates not to scale
\* all dates shown are performance dates

Translation Enterprises, ... (100%) — Existing

Todd L. Johnson (100%) — New

200.00% Claimed in Overlapping Term | Translation Enterprises, Inc. (100%) | Todd L. Johnson (100%)

| Claimant | Claimant Type | Claimed % | Start Date | End Date |

About 20,400,000 results (0.66 seconds)


Bloomberg
https://www.bloomberg.com › profile › company

# Translation Enterprises Inc - Company Profile and News

Translation Enterprises Inc., doing business as UnitedMasters, develops an application software. ... ADDRESS. **10 Jay Street Brooklyn, NY 11201** United States ...


UnitedMasters
https://unitedmasters.com

# UnitedMasters | Sell Your Music Online: Digital Music ...

As a traditional label alternative for independent artists, **UnitedMasters** provides premium music distribution services and facilitates unique partnerships ...
Artists · Select · UnitedMasters

https://unitedmasters.com › about

# UnitedMasters | Who We Are

As a new industry alternative for independent artists, **UnitedMasters** provides premium music distribution services and facilitates unique partnerships ...


Wikipedia
https://en.wikipedia.org › wiki › UnitedMasters

# UnitedMasters - Wikipedia

**UnitedMasters** is an American music distributor based in the United States founded by Steve Stoute in November 2017. **UnitedMasters** gives artists the ability ...
History · Music distribution · Partnerships


ZoomInfo
https://www.zoominfo.com › unitedmasters

# UnitedMasters - Overview, News & Competitors

UnitedMasters's headquarters are located at **10 Jay St, Brooklyn, New York, 11201**, United States What is UnitedMasters's official website? UnitedMasters's ...