UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

TODD LORENZO JOHNSON JR. aka LYEFLIN,

                Plaintiff,

      -against-

UMG RECORDING, INC.,
CORPORATION; TRANSLATION
ENTERPRISE d/b/a/ UNITED
MASTER; DIGITAL AND TUNECORE;
UMG RECORDING COMPANY;
ARISTA RECORDS LLC; iTUNES;
DEEZER; SPOTIFY; AMAZON
MUSIC; GOOGLE PLAY; and
YOUTUBE; TIDEL PINATA NFT,

                Defendants.

-------------------------------------------------------------------X

23-CV-03021 (JPC) (GS)

**TELEPHONE CONFERENCE ORDER**

**GARY STEIN, United States Magistrate Judge:**

This action is scheduled for a Telephone Conference on **Thursday, September 28, 2023 at 2:00 p.m**. The parties are directed to join the conference via Microsoft Teams at the scheduled time. The Clerk of Court is respectfully requested to mail a copy of this order to the *pro se* litigant at the following address: 1057 Tiffany Street, Bronx, New York 10459.

**Please dial (646) 453-4442, Access Code: 391 409 643#.**

**SO ORDERED.**

DATED:    New York, New York
               September 20, 2023

                                              _____
                                              GARY STEIN
                                              United States Magistrate Judge