UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

TODD LORENZO JOHNSON,

                Plaintiff,

-against-

UMG RECORDING, INC. *et al.*,

                Defendants.
------------------------------------------------------------X

**23 Civ. No. 3021 (JPC) (GS)**

**ORDER**

**GARY STEIN, United States Magistrate Judge:**

The undersigned held a telephone conference in the above-referenced matter on September 28, 2023. Plaintiff Todd Lorenzo Johnson, who is proceeding *pro se*, did not attend the conference. Plaintiff is directed to write to the Court by **October 5, 2023** indicating whether he intends to continue to pursue this action.

At the conference, the Court granted Defendants Spotify, UMG Recording Inc., and United Masters LLC leave to move to dismiss the Complaint. Assuming that Plaintiff indicates by October 5, 2023 that he wishes to continue to pursue this action, Defendants' motions to dismiss are due by **October 27, 2023**. Plaintiff's opposition is due by **November 27, 2023**. Defendants' replies, if any, are due by **December 11, 2023**.

The Clerk of Court is respectfully requested to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

DATED:    New York, New York
              September 28, 2023

                                                        The Honorable Gary Stein
                                                        United States Magistrate Judge