**MEMO ENDORSED**



Ariel M. Fox<br>
513.651.6848 (t)<br>
513.651.6981 (f)<br>
afox@fbtlaw.com

October 17, 2023

Magistrate Judge Gary Stein
United States District Court for the Southern District of New York
500 Pearl Street, Courtroom 9A
New York, NY 10007

Re: *Todd Lorenzo Johnson v. UMG Recording, Inc., et al.*, No. 23-cv-3021 (S.D.N.Y.)

Dear Magistrate Judge Stein:

Defendant UMG Recordings, Inc. ("UMG")[1] writes to request an extension of its deadline to file a motion to dismiss.

Following the Court's October 3, 2023 order (Dkt. No. 41), the undersigned and Plaintiff have been in ongoing discussions to reach a resolution on Plaintiff's claim against UMG. In an effort to avoid what may be unnecessary briefing for both UMG and Plaintiff, UMG respectfully requests that the Court grant it a three-week extension to file a motion to dismiss pursuant to the below proposed briefing schedule.

|  | **Current Deadline** | **Proposed Amended Deadline** |
|---|---|---|
| Motion to Dismiss | October 27, 2023 | November 17, 2023 |
| Opposition to Motion to Dismiss | November 27, 2023 | December 18, 2023 |
| Reply in Support of Motion to Dismiss | December 11, 2023 | December 22, 2023 |

This is UMG's first request for an extension. Plaintiff has informed the undersigned that he is not opposed to the above-requested extension. A copy of this letter is being sent to Plaintiff via email and overnight mail.

Sincerely,

/s/ *Ariel M. Fox*
Ariel M. Fox

*Attorney for Defendant UMG Recordings, Inc.*

cc: Todd Lorenzo Johnson (email and FedEx)

---

[1] Plaintiff names Defendant "UMG Recording, Inc.," an entity that does not exist. This letter is filed on behalf of UMG Recordings, Inc.

Great American Tower | 301 East Fourth Street, Suite 3300 | Cincinnati, OH 45202 | 513.651.6800
Frost Brown Todd LLP | frostbrowntodd.com

Application granted.  Defendant UMG's brief in support of its motion to dismiss is due on **November 17, 2023.** Plaintiff's opposition to UMG's brief is due on **December 18, 2023.**  UMG's reply, if any, is due on December 22, 2023.  In addition to **filing** their briefs and any other papers with the Court via ECF or, in Plaintiff's case, by mail sent to the Pro Se Office for docketing on ECF, the parties are directed to **serve** their papers on one another via e-mail to ensure that the parties can meet the amended deadlines set forth in this Order.  This Order **does not** change the briefing schedule set forth in the Court's **September 28, 2023** Order for the motion to dismiss to be filed by Defendants Spotify and Translation Enterprises.  (Docket No. 38).  As such, Spotify and Translation Enterprises' motion to dismiss remains due by **October 27, 2023,** Plaintiff's opposition to that motion remains due by **November 27, 2023**, and Spotify and Translation Enterprises' reply remains due by **December 11, 2023.**  The Clerk of Court is respectfully requested to mail a copy of this Order to the pro se Plaintiff.

Dated:     New York, New York
           October 19, 2023

SO ORDERED:

*[signature: Gary Stein]*

HON. GARY STEIN
UNITED STATES MAGISTRATE JUDGE