UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
      :
TODD LORENZO JOHNSON,                :      23 Civ. 3021 (JPC) (GS)
      :
          Plaintiff,      :      <u>ORDER</u>
      :
        - against -      :
      :
UMG RECORDING, INC., et al.,      :
      :
          Defendants.      :
      :
------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      Plaintiff Todd Lorenzo Johnson Jr., proceeding *pro se* and *in forma pauperis*, initiated this copyright infringement action on April 10, 2023 seeking various forms of relief. (Dkt. No. 1). On October 27, 2023, Defendants UnitedMasters, LLC f/k/a Translation Enterprises Inc. and Spotify USA, Inc. ("Defendants") jointly moved for summary judgment in their favor. (Dkt. No. 44). In addition to their brief in support of their motion (Dkt. No. 46), Defendants submitted a Local Civil Rule 56.1 statement of undisputed material facts (Dkt. No. 45), supporting declarations from Defendants' counsel (Dkt. Nos. 45-1 & 45-2), and over 100 pages of exhibits (Dkt. Nos. 45-3–45-7).

      In their brief, Defendants represented that they "will provide proper notice" of those materials to Plaintiff "[p]ursuant to Fed. R. Civ. P. 56, Local Rule 56.1, and other applicable rules and the orders of this Court." (Dkt. No. 46 at 1 n.1). However, Defendants' brief does not explicitly mention Local Civil Rule 56.2. Local Rule 56.2 requires, in pertinent part, that:

1

> Any represented party moving for summary judgment against a party proceeding *pro se* shall serve and file as a separate document, together with the papers in support of the motion, the following "Notice To Pro Se Litigant Who Opposes a Motion For Summary Judgment" with the full texts of Fed. R. Civ. P. 56 and Local Civil Rule 56.1 attached.

To date, Defendants have not filed a Local Rule 56.2 notice on the docket, and the Court cannot discern from Defendants' brief whether Defendants served Plaintiff with a Local Rule 56.2 notice, as required.

Defendants shall therefore inform the Court by no later than **Wednesday, July 3, 2024**, as to whether, when, and how they served a Local Civil Rule 56.2 notice on Plaintiff and, if they did so, file said notice on the docket.

The Clerk of Court is respectfully requested to mail a copy of this Order to Plaintiff at his address on record.

**SO ORDERED.**

DATED:   New York, New York
         July 1, 2024

_____
The Honorable Gary Stein
United States Magistrate Judge

2