**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
TODD LORENZO JOHNSON,

              Plaintiff,              23 **CIVIL** 3021 (JPC)(GS)

    -against-                      **JUDGMENT**

UMG RECORDING, INC. *et al.*,

              Defendants.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 3, 2025, the Court adopts the Report & Recommendation and this action therefore is dismissed with prejudice against Defendants UnitedMasters, LLC, Spotify USA, Inc., and Amazon Music for the reasons stated in the Report and Recommendation.

**Dated:** New York, New York

      January 6, 2025

                                                        **TAMMI M. HELLWIG**
                                                        **Clerk of Court**

                          **BY:**    _____
                                                         **Deputy Clerk**