**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
TODD LORENZO JOHNSON,

              Plaintiff,              23 **CIVIL** 3021 (JPC)(GS)

      -against-                **AMENDED JUDGMENT**

UMG RECORDING, INC. *et al.*,

              Defendants.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 3, 2025 and January 23, 2025, the Court sua sponte grants summary judgment in favor of Believe Digital and TuneCore, for the reasons stated in the Report and Recommendation. This action is dismissed with prejudice as to Believe Digital and TuneCore. Judgment is entered in favor of Defendants on Plaintiff's Copyright Act claim in Count One.

**Dated:** New York, New York

      January 23, 2025

                                            **TAMMI M. HELLWIG**
                                               Clerk of Court

                    **BY:**
                                             **Deputy Clerk**